AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    4:11-CV-2375

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GERALD A. SANDUSKY
was received by me on *(date)* Tues 12/27/11 .

☑ I personally served the summons on the individual at *(place)* 130 Grandview Road
State College, PA 16801 on *(date)* WED 12/28/11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____.

I declare under penalty of perjury that this information is true.

Date: 12/28/11

*Greg Hill*
Server's signature

Greg Hill - PRIVATE INVESTIGATOR
Printed name and title

8150 Perry Hwy, #301, Pittsburgh PA 15237
Server's address

Additional information regarding attempted service, etc: