AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:11-CV-2375 |
| GERALD SANDUSKY | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

☒ other: that judgment be and is hereby entered in favor of Plaintiff Federal Insurance Company and against Defendant Gerald A. Sandusky

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

☒ decided by Judge or Magistrate Judge    Chief Judge Yvette Kane    on a motion for Summary Judgment

Date:    Mar 1, 2013               *CLERK OF COURT*   MARY E. D'ANDREA

                                    s/ Shawna L. Cihak

                                    *Signature of Clerk or Deputy Clerk*