# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>GERALD A. SANDUSKY,<br><br>                Defendant. | Civil Action No. 4:11-cv-02375-YK<br>(Chief Judge Yvette Kane) |

## NOTICE OF APPEAL

Notice is hereby given that Gerald A. Sandusky, Defendant in the above named action, hereby appeals to the United States Court of Appeals for the Third Circuit from the following Order issued by the United States District Court for the Middle District of Pennsylvania:

1.    March 1, 2013 Order (Dkt. No. 71, entered on March 1, 2013), which grants summary judgment in favor of Plaintiff and which dismisses this action, and the March 1, 2013 Judgment (Dkt. No. 72, entered on March 1, 2013).

The March 1, 2013 Order resolves all claims as to all parties to this declaratory judgment action.

                                                              McCARTER & ENGLISH, LLP

By:    /s/ Brian J. Osias
           Brian J. Osias

                                                             **MCCARTER & ENGLISH, LLP**
                                                             Four Gateway Center

100 Mulberry Street
Newark, NJ  07101-0652
bosias@mccarter.com
Phone: (973) 622-4444
Fax:  (973) 297-3904

and

Michael J. Glasheen
BNY Mellon Center
1735 Market Street, Suite 700
Philadelphia, PA  19103-7501
mglasheen@mccarter.com
Phone:  (215) 979-3800
Fax:  (215) 979-3881
PA I.D. #: 17153

Attorneys for Defendant
Gerald A. Sandusky

Dated:      March 25, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Defendant Gerald A. Sandusky's Notice of Appeal to be filed and served via ECF, and also served by electronic and regular mail, on this 25th day of March 2013, upon the following:

>Dennis St. J. Mulvihill, Esq.
>Daniel L. Rivetti, Esq.
>Erin J. Dolfi, Esq.
>Mark A. Martini, Esq.
>Robb Leonard Mulvihill LLP
>BNY Mellon Center
>500 Grant Street, 23rd Floor
>Pittsburgh, PA 15219
>*Attorneys for Plaintiff*

>/s/ Brian J. Osias
>Brian J. Osias

ME1 15250683v.1