# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1867

Federal Insurance Co v. Gerald Sandusky

4-11-cv-02375

**O R D E R**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: October 25, 2013
CJG/cc:   Dennis J. Mulvihill, Esq.
          Brian J. Osias, Esq.
          Daniel L. Rivetti, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.